UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X
                                                            :
MARTINEZ FELICIANO, et al.,                                 :
                              Plaintiffs,                   :
                                                            :   17 Civ. 0212 (LGS)
              -against-                                     :
                                                            :   ORDER
JP MAIN STREET CORP., et al.,                               :
                              Defendants.                   :
                                                            :
-------------------------------------------------------------X

```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 09/01/17
```

LORNA G. SCHOFIELD, District Judge:

WHEREAS, on January 11, 2017, Plaintiffs filed a Complaint that alleges wage-related claims under FLSA and New York state law;

WHEREAS, on August 31, 2017, the parties filed a proposed settlement agreement and supporting documentation; it is hereby

**ORDERED** that the settlement agreement is APPROVED as fair and reasonable based on the nature and scope of Plaintiffs' claims and the risks and expenses involved in additional litigation. *See Cheeks v. Freeport Pancake House, Inc.*, 796 F.3d 199, 206–07 (2d Cir. 2015); *Wolinsky v. Scholastic, Inc.*, 900 F. Supp. 2d 332, 335-36 (S.D.N.Y. 2012). It is further

**ORDERED** that Plaintiff's counsels' request for an award of $4,000 for attorneys' fees and costs is DENIED as unreasonable. Plaintiffs' counsel is Michael Faillace, the Managing Member of the law firm representing Plaintiff, and Jesse Barton, an associate at the firm, who has approximately five years of litigation experience, including two and one half years working for Mr. Faillace. Counsels' billing records indicate that Mr. Faillace devoted 6 hours at $450 per hour on the case and Mr. Barton devoted 3.4 hours at $375 per hour on the case. This results in a lodestar amount for this case of $3,825. Counsels' request for $4,000 in attorneys' fees and costs

exceeds this amount.

Based on the documentation counsel filed, both counsels' request and the lodestar amount are unreasonable. The Second Circuit directs the district courts to determine appropriate attorneys' fees by finding a reasonable hourly rate for the attorneys' work and finding the reasonable number of hours required by a given case. *See, e.g.*, *Stanczyk v. City of New York*, 752 F.3d 273, 284-85 (2d Cir. 2014); *Millea v. Metro-N. R. Co.*, 658 F.3d 154, 166–67 (2d Cir. 2011). "The Court's analysis is guided by the market rate prevailing in the community for similar services by lawyers of reasonably comparable skill, experience and reputation." *Rodriguez-Hernandez v. K Bread & Co., Inc.*, No. 15 Civ. 6848, 2017 WL 2266874, at *5 (S.D.N.Y. May 23, 2017) (citation omitted).

Courts in this District have consistently found that "the reasonable hourly billing rate for partners in wage-and-hour cases is between $300 and $400 per hour and that the reasonable hourly billing rate for mid-level associates is approximately $200 per hour." *McGreevy v. Life Alert Emergency Response, Inc.*, No. 14 Civ. 7457, 2017 WL 1534452, at *7 (S.D.N.Y. Apr. 28, 2017) (collecting cases); *Farmer v. Hyde Your Eyes Optical, Inc.*, No. 13 Civ. 6653, 2015 WL 2250592, at *14 n.10 (S.D.N.Y. May 13, 2015) (finding $360 per hour was a reasonable rate for an attorney with over 16 years of experience); *Marquez*, 2014 WL 5847441, at *2–*3 (collecting cases and awarding a reduced amount of $400 per hour for Mr. Faillace, $300 per hour for senior associate with nine years of experience and $200 per hour for associates with three to four years of experience, rather than requested $375 per hour); *Trinidad v. Pret a Manger (USA) Ltd.*, No. 12 Civ. 6094, 2014 WL 4670870, at *9 (S.D.N.Y. Sept. 19, 2014) (collecting cases).

A reasonable hourly billing rate for Mr. Faillace is $400 per hour. A reasonable hourly billing rate for Mr. Barton is $250 per hour, given that he has more experience than a fourth year

associate, but less than a more senior associate.  Based on these rates, Plaintiff's counsel is entitled to $3,250 in attorneys' fees.  This amount represents approximately 27% of the settlement amount.  Although the lodestar amount can be adjusted upward or downward based on additional considerations, there is a strong presumption that the lodestar amount represents a reasonable fee.  *See, e.g.*, *Wolinsky*, 900 F. Supp. 2d at 336; *Quaratino v. Tiffany & Co.*, 166 F.3d 422, 425 (2d Cir. 1999); *see also Trinidad*, 2014 WL 4670870, at *12 (approving 25% of the settlement amount as reasonable attorneys' fees and costs).

Plaintiff's counsel is awarded $3,250 as its reasonable attorneys' fees and costs.  The Clerk of Court is directed to close the case.

Dated:  September 1, 2017
New York, New York

**LORNA G. SCHOFIELD**
**UNITED STATES DISTRICT JUDGE**